SHIVA SHIRAZI DAVOUDIAN, Bar No. 232771
sdavoudian@littler.com
NETTA ROTSTEIN, Bar No. 318221
nettarotstein@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Facsimile: 310.553.5583

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JACOB COTA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.;<br>ALVINO LAST NAME UNKNOWN;<br>and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 19-CV-1524<br><br>**DECLARATION OF AL HIJAR IN SUPPORT OF DEFENDANT UNITED PARCEL SERVICE INC.'S NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT**<br><br>Complaint Filed: January 16, 2019<br><br>Los Angeles Superior Court<br>Case No.: 19STCV01467 |

## DECLARATION OF AL HIJAR

I, Al Hijar, do hereby declare and state as follows:

1. I have personal knowledge of the facts set forth in this declaration, or I have knowledge of such facts based on my review and knowledge of the business records and files of Defendant UNITED PARCEL SERVICE, INC. ("UPS"), and could testify to the same if called as a witness in this matter.

2. I am currently employed by UPS as Employee Services Supervisor. In that role, I have access to the personnel information for employees, including personnel information for former employee Jacobo Cota ("Mr. Cota"). UPS's personnel information is maintained in the ordinary course and scope of business and, based on my experience, is created and maintained subject to methods that have proven to be reliable, trustworthy and accurate. As part of my job duties, I have access to and have reviewed the personnel information of Mr. Cota, which is maintained in the ordinary course and scope of UPS's business.

3. Mr. Cota was employed by UPS from on or about December 10, 2004 through September 27, 2017. Mr. Cota's personnel records indicate that during the entire period of employment with UPS, he resided in California. There are no indications in Mr. Cota's personnel records that he intended to relocate outside of California.

4. In August 2017, Mr. Cota was inactivated until his separation in September 2017. Before his separation from employment from UPS, Mr. Cota was a part time employee who earned $19.54 per hour and worked, on average, 20 hours per week.

5. UPS is an equal opportunity employer and has a "zero tolerance" policy with regard to all forms of discrimination, harassment, and retaliation. UPS employees are instructed to promptly report any conduct that they are subjected to, observe or become aware of, which may violate UPS's anti-harassment policies and provides multiple avenues for employees to report any such conduct.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 1 day of March, 2019 at Los Angeles, California.

_____
AL HIJAR

FIRMWIDE:162640710.1 101661.1002

3.